UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| In re:<br><br>6450 CORMORANT WAY, AVILA BEACH, CA 93424 | No. 2:17-cv-06331 JAK (Ex)<br><br>**JUDGMENT TO DISBURSE INTERPLEADED FUNDS**<br><br>JS-6 |
|---|---|

Pursuant to the Stipulation to Entry of Judgment filed by the United States of America, on behalf of the Internal Revenue Service ("IRS") and BLC Nevada, Inc., for good cause,

IT IS HEREBY ORDERED that the Superior Court of the State of California in and for the County of San Luis Obispo distribute the $276,392.45 of interpleaded Surplus Funds from case number 17CV0381, Department 2, as follows:

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| The United States of America | The United States of America | $276,392.45 | AUSA Charles Parker<br>300 N. Los Angeles St.<br>Suite 7211<br>Los Angeles, CA 90012 |

1

IT IS FURTHER ORDERED that any and all interest that may accumulate on the Surplus Funds while in possession of the San Luis Obispo County Superior Court Clerk shall be distributed to the United States of America.

IT IS FURTHER ORDERED that the parties will each bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that nothing in this order waives or limits the IRS's right to collect any tax liabilities that were not satisfied through payment of the Surplus Funds, including assessments listed in the Stipulation, and any other assessments not discussed in the Stipulation.

IT IS FURTHER ORDERED that the Court retains jurisdiction to ensure the Surplus Funds are properly distributed by the Clerk of the California Superior Court, County of San Luis Obispo.

IT IS SO ORDERED.

Dated: November 3, 2017

JOHN A. KRONSTADT
United States District Judge